GEORGE A. FARNHAM, Appellant, *v.* LEBOLT & COMPANY, Respondent.

*Farnham* v. *LeBolt & Co.*, 159 App. Div. 928, affirmed.
(Argued October 18, 1915; decided November 16, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered November 18, 1913, modifying and affirming as modified a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover rent alleged to be due under a written lease    The answer interposed by the defendant is in the nature of a defense, and is to the effect that the lease contained a provision as follows: " If a racing bill is passed so as to change the present conditions of racing at Saratoga Springs, N. Y., LeBolt & Company have the privilege of cancelling this lease," and that on the 11th day of June, 1908, before the install. ment of rent which is now in question had become due, the contingency specified in this provision had arisen, and on July 10, 1908, the defendant had availed itself of the right of cancellation provided for in the agreement.

*Nash Rockwood* and *L. B. McKelvey* for appellant.

*George R. Salisbury* for respondent.

Judgment affirmed, with costs, under section 1317 of the Code of Civil Procedure; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN, CARDOZO, SEABURY and POUND, JJ.